618

469 A.2d 312

Commonwealth v. Williams, Appellant.

Submitted September 23, 1983. Sanford Alan Krevsky, for appellant; William T. Tully, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Affirmed.

WIEAND, J., filed a memorandum dissenting opinion.

469 A.2d 312

Commonwealth v. Winkey, Appellant.

Argued June 15, 1983. John L. Lachall, for appellant; Stuart Suss, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.